# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ALDEMIR T COELHO | | |
| **Case Number:** | 2:10-bk-04297-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 23, 2010 11:30 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## Matter:

CHAPTER 11 STATUS CONFERENCE

**R / M #:**   9 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR ALDEMIR T COELHO
ALDEMIR COELHO, DEBTOR

## Proceedings:

Mr. Abujbarah reviewed this case for the Court, answering questions raised by the Court. He stated that he does not believe the small business rules apply to this case. Mr. Abujbarah indicated that the trustee's meeting is today.

COURT: THAT CONCLUDES THIS HEARING.